UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SECURITIES AND EXCHANGE )
COMMISSION )
)
Plaintiff, )
)
v. ) C.A. No. 13-10612-MLW
)
GREGG D. CAPLITZ, et al., )
)
Defendants, )
)
and )
)
ROSALIND HERMAN, et al., )
)
Relief Defendants. )

## MOTION TO STAY AND FOR ENTRY OF STIPULATED PRELIMINARY INJUNCTION

Defendants Gregg Caplitz and Insight Onsite Strategic Management, LLC and Relief Defendants Rosalind Herman, Brain Herman, Brad Herman, Charlene Herman, and The Knew Finance Experts, Inc., (collectively "Defendants"), by and through undersigned counsel, respectfully request that this Honorable Court enter a stay order with respect to the above-captioned proceedings to extend through the conclusion of the related criminal case currently pending against Defendant Caplitz and Relief Defendant Rosalind Herman. Defendants and Plaintiff Securities and Exchange Commission (the "SEC") also request that the Court enter the proposed stipulated Preliminary Injunction, attached hereto.

As grounds therefor, the Defendants note that Mr. Caplitz and Ms. Herman have both been charged by way of a Second Superseding Indictment with, *inter alia*, Investment Adviser Fraud, in violation of 15 U.S.C. §§80b-6(1), 80b-6(2), 80b-6(4), and 80b-17; False Filing with

1

---

*Handwritten annotations in margins:*

[Left margin, vertical]: The Stipulated Preliminary Injunction is appropriate and acceptable to the ct. Having balanced the competing considerations, the ct finds that defendants' request for a stay of the referenced criminal case pending resolution of the pending criminal case is justified. See SEC v. Dresser Industries, 628 F.2d 1368 (D.C. Cir. 1980)

[Right margin, vertical]: Microfinancial, Inc. v. Premier Holidays International, 385 F.3d 72 (1st Cir. 2004). Therefore, it is hereby ORDERED that: (1) this Motion is ALLOWED; (2) the Stipulated Preliminary Injunction is ENTERED; (3) the June 6, 2013 hearing is CANCELLED; and (4) defendants shall confer with the SEC and inform the court by May 31, 2013