UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE )
COMMISSION, )
    Plaintiff, )
)
    v. ) C.A. No. 1:13-10612-MLW
)
GREGG D. CAPLITZ and )
INSIGHT ONSITE STRATEGIC )
MANAGEMENT, LLC, )
    Defendants, )
)
    and )
)
ROSALIND D. HERMAN, )
BRAD HERMAN, BRIAN HERMAN, )
CHARLENE HERMAN, and THE KNEW )
FINANCE EXPERTS, INC., )
    Relief Defendants. )

## ORDER

WOLF, D.J.                                               February 14, 2020

    On February 12, 2020, Paul Andrews, Esq., moved, pursuant to Local Rule 83.5.2(c)(2) to withdraw as counsel for Relief Defendants Brian Herman, Brad Herman, Charlene Herman, and The Knew Finance Experts, Inc. ("Knew"). There is good cause to allow Mr. Andrews' motion to withdraw.

    It is, therefore, hereby ORDERED that, by March 3, 2020, the Relief Defendants shall cause new counsel to appear on their behalf. If they fail to do so, the individual Relief Defendants shall represent themselves in this matter. As a corporation, Knew must be represented by counsel. <u>Instituto de Educacion Universal Corp. v. U.S. Dep't of Educ.</u>, 209 F.3d 18, 22 (1st Cir. 2000)

(citing In re Las Colinas Dev. Corp., 585 F.2d 7, 13 (1st Cir. 1978)).

It is hereby further ORDERED that the Relief Defendants shall, by March 10, 2020, respond to the Complaint.

As previously ordered, the plaintiff and the Relief Defendants shall confer and, by March 23, 2020, report whether they have agreed to a resolution of the claims against them. If not they shall propose a schedule for resolving them.

UNITED STATES DISTRICT JUDGE