UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>GREGG D. CAPLITZ and INSIGHT ONSITE STRATEGIC MANAGEMENT, LLC,<br><br>    Defendants,<br><br> and<br><br>ROSALIND D. HERMAN, BRAD HERMAN, BRIAN HERMAN, CHARLENE HERMAN, and THE KNEW FINANCE EXPERTS, INC.,<br>    Relief Defendants. | Civil Action No. 1:13-cv-10612-MLW |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO
<u>RELIEF DEFENDANT THE KNEW FINANCE EXPERTS, INC.</u>**

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), plaintiff Securities and Exchange Commission (the "Commission") hereby dismisses its claims as to relief defendant The Knew Finance Experts, Inc. ("Knew Finance"), which has not answered the Complaint, and is defunct. The Commission's notice of dismissal relates only to Count 5 of the Complaint, as that count pertains to relief defendant Knew Finance.

Dated: April 30, 2020

        Respectfully submitted,

        SECURITIES AND EXCHANGE COMMISSION
        By its attorneys,

        /s/ Kathleen Burdette Shields
        Kathleen Burdette Shields (Mass. Bar No. 637438)
        Susan Cooke Anderson (DC Bar No. 978173)
        33 Arch Street, 24th Floor
        Boston, Massachusetts  02110
        Telephone:  (617) 573-8904 (Shields direct)
        (617) 573-4538 (Anderson direct)
        Facsimile:   (617) 573-4590
        E-mail:  Shieldska@sec.gov; Andersonsu@sec.gov

## CERTFICATE OF SERVICE

I hereby certify that, on April 30, 2020, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.  It will be sent by email or first class mail to all other parties.

        /s/ Kathleen Shields
        Kathleen Shields