UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,
*Plaintiff,*

Civil Action 13-cv-10612-MLW

v.

BRIAN HERMAN, ET AL,
*Defendants.*

## NOTICE OF DEFAULT

Upon application of the Plaintiff, SECURITIES AND EXCHANGE COMMISSION, for an order of Default for failure of the Defendants, BRIAN HERMAN AND BRAD HERMAN, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that Defendants, BRIAN HERMAN AND BRAD HERMAN, have been defaulted this 4th day of May, 2020.

ROBERT FARRELL, CLERK

By:   /s/ Magdalena A. Loret
      Deputy Clerk