UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>GREGG D. CAPLITZ and INSIGHT ONSITE STRATEGIC MANAGEMENT, LLC,<br><br>                Defendants,<br><br>and<br><br>ROSALIND D. HERMAN, BRAD HERMAN, BRIAN HERMAN, CHARLENE HERMAN, and THE KNEW FINANCE EXPERTS, INC.,<br>                Relief Defendants. | Civil Action No. 1:13-cv-10612-MLW |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO**
**RELIEF DEFENDANT CHARLENE HERMAN**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), plaintiff Securities and Exchange Commission (the "Commission") hereby dismisses its claims as to relief defendant Charlene Herman, who has not answered the Complaint, after giving consideration to the Sworn Financial Statement she submitted to the Commission. The Commission's notice of dismissal relates only to Count 5 of the Complaint, as that count pertains to relief defendant Charlene Herman.

Dated: May 26, 2020

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

　/s/ Kathleen Burdette Shields
Kathleen Burdette Shields (Mass. Bar No. 637438)
Susan Cooke Anderson (DC Bar No. 978173)
33 Arch Street, 24th Floor
Boston, Massachusetts  02110
Telephone:  (617) 573-8904 (Shields direct)
(617) 573-4538 (Anderson direct)
Facsimile:  (617) 573-4590
E-mail:  Shieldska@sec.gov; Andersonsu@sec.gov

**CERTFICATE OF SERVICE**

I hereby certify that, on May 26, 2020, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.  It will be sent by email or first class mail to all other remaining parties.

/s/ Kathleen Shields
Kathleen Shields